# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CR416-310 |
| | ) | |
| v. | ) | |
| | ) | |
| **CARLA CARTWRIGHT** | ) | |

FILED
Scott L. Poff, Clerk
United States District Court
By casbell at 11:31 am, Mar 10, 2017

## CONSENT ORDER OF FORFEITURE

WHEREAS, on September 28, 2016, a one-count Information was filed against Defendant Carla Cartwright charging a violation of 18 U.S.C. § 1347 (Count One – Health Care Fraud);

WHEREAS, the Information provided for forfeiture pursuant to 18 U.S.C. § 982(a)(7) of any property real or personal, constituting or derived, directly or indirectly, from gross proceeds traceable to such offense alleged in Count One of the Information, including but not limited to a money judgment in the amount of the gross proceeds obtained as a result of such offense;

WHEREAS, the Information further provided for the forfeiture of substitute assets pursuant to 21 U.S.C § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), of any other property of Defendant up to the value of the property subject to forfeiture;

WHEREAS, on November 18, 2016, pursuant to a written plea agreement, the Defendant pled guilty to Count One of the Information charging a violation of 18 U.S.C. § 1347, Health Care Fraud;

WHEREAS, pursuant to her plea agreement, Defendant agreed to entry of an Order of Forfeiture reflecting a money judgment in the amount of gross proceeds she

received as a result of the violation to which she pled guilty, as determined by the Court at sentencing; and

WHEREAS, pursuant to her plea agreement, Defendant agreed to waive the requirements of Federal Rules of Criminal Procedure 11(b)(1)(J), 32.2, and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment without further order of the Court.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Pursuant to 18 U.S.C. § 982(a)(7), Defendant shall forfeit to the United States the sum of $ 750,319.53, which is the sum of money equal to all gross proceeds traceable to Defendant's offense of conviction.

2. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall become final as to Defendant at the time of sentencing, be made part of the sentence, and be included in the judgment.

3. The United States may, at any time, move pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure to amend this Order of Forfeiture to substitute property to satisfy the money judgment in whole or in part.

4. In accordance with the provisions of 21 U.S.C. § 853, as incorporated by 18 U.S.C. § 982(b)(1), and Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States is authorized to undertake whatever discovery is necessary to

identify, locate, or dispose of property subject to forfeiture, or substitute assets for such property.

5. This Court shall retain jurisdiction for the purpose of enforcing this Order.

6. The Clerk of the Court shall forward four certified copies of this Order to Assistant U.S. Attorney Scarlett S. Nokes, United States Attorney's Office for the Southern District of Georgia, P.O. Box 8970, Savannah, Georgia 31412.

Date: March 9, 2017

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

WE ASK FOR THIS:

Scarlett S. Nokes
Assistant United States Attorney
Georgia Bar Number 739039
P.O. Box 8970
Savannah, Georgia 31412
(912) 652-4422

Date: 3/9/2017

Carla Cartwright
Defendant

Amy Lee Copeland, Esq.  GA Bar 186730
Attorney for Defendant

Date: 3/9/17